909 A.2d 721

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TERRENCE O'BRIEN, DEFENDANT–PETITIONER.

October 5, 2006.

ORDERED that the petition for certification is denied, without prejudice to an appropriate hearing on post conviction relief petition on ineffective assistance of counsel.

909 A.2d 721

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHARMAINE DANIELS, DEFENDANT–
PETITIONER.

October 12, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant in respect of her third-degree conviction, and the matter is summarily remanded to the trial court for resentencing on that count in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).